**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| STANLEY and CONNIE C., Individually and as Next Friends of M.C., a Minor,<br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>MSD OF SOUTHWEST ALLEN COUNTY SCHOOLS and GREEN-WEST ALLEN SPECIAL EDUCATION COOPERATIVE,<br>　　　　　Defendants. | CAUSE NO.: 1:07-CV-169-PRC |

## OPINION

This matter is before the Court on a Motion for Leave to File Exhibits Manually and Under Seal [DE 103], filed by Defendants on April 15, 2008. Plaintiffs filed a Response in opposition on April 15, 2008.

On April 15, 2008, Defendants filed a Notice of Service of Discovery. In the Notice, Defendants indicate that certain discovery was served on Plaintiffs. Defendants further acknowledge that Local Rule 26.2 "discourages the filing of discovery materials" but argue that it would be prudent in this case because (1) discovery in a matter of this nature is closely controlled by the Court, (2) it appears that a discovery dispute may be bubbling to the surface, and (3) the size of the materials being submitted is small. Along with the Notice, Defendants filed the instant motion, seeking leave of court to file the exhibits to the notice manually and under seal. Plaintiffs oppose the motion and ask that the Court strike the notice as both are in violation of Local Rule 26.2 and there is no currently pending motion to compel or motion for protective order.

Contrary to Defendants' construction, Local Rule 26.2 does not "discourage" the filing of discovery materials, including notices of service of discovery, but rather forbids it until the materials are to be used in the proceedings or are ordered to be filed:

Because of the considerable cost to the parties of furnishing discovery materials, and the serious problems encountered with storage, this court adopts the following procedure for filing of discovery and other materials with the court:

(a) The following material *shall not be filed with the court* until used in the proceedings or ordered to be filed: (i) Rule 26(a)(1) and (a)(2) disclosures; (ii) notices of deposition; (iii) depositions; (iv) interrogatories; (v) requests for documents or to permit entry upon land; (vi) requests for admission; (vii) responses or answers to interrogatories, to requests for documents, to requests to permit entry upon land, and to requests for admission; and (viii) notices of service of discovery. The party responsible for service of the discovery material shall retain the original and become the custodian.

(b) If relief is sought under Fed. R. Civ. P. 26(c) or 37, concerning any Rule 26(a)(1) disclosures, interrogatories, requests for production or inspection, answers to interrogatories or responses to requests for production or inspection, copies of the portions of the disclosures, interrogatories, requests, answers or responses in dispute shall be filed with the court contemporaneously with any motion filed under these rules.

(c) If interrogatories, requests, answers, responses or depositions are to be used at trial or are necessary to a pretrial motion which might result in a final order on any issue, the portions to be used shall be filed with the clerk at the outset of the trial or at the filing of the motion insofar as their use can be reasonably anticipated.

(d) No motions to publish depositions are required.

(e) In pro se litigation, all discovery shall be filed.

Local Rule 26.2. In the event a discovery dispute arises in this case that cannot be resolved by the parties after thoroughly exhausting the informal resolution process mandated by the Federal Rules of Civil Procedure and the Local Rules and in the event a motion is filed with the Court to resolve the dispute accompanied by the appropriate supporting documentation required by the Federal and Local Rules, the relevant discovery may be filed at that time in support of the motion or response.

Accordingly, the Court **DENIES** the Motion for Leave to File Exhibits Manually and Under Seal [DE 103] and **STRIKES** the Notice of Service of Discovery [DE 102].

SO ORDERED this 16th day of April, 2008.

s/ Paul R. Cherry  
MAGISTRATE JUDGE PAUL R. CHERRY  
UNITED STATES DISTRICT COURT

cc: All counsel of record